# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 131 WAL 2016 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| DANIEL LUKE SPUCK, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 132 WAL 2016 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| DANIEL LUKE SPUCK, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 15th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.


   Justice Wecht did not participate in the consideration or decision of this matter.